# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

NDIDI OSUJI,

Appellant,

v.

BILAL TOWING, INC. AND
TOO LATE TOWING & RECOVERY,

Appellees.

No. 2D23-649

_____

December 15, 2023

Appeal from the County Court for Hillsborough County; James S. Giardina, Judge.

Ndido Osuji, pro se.

N. Brook Nutter of The Law Office of N. Brook Nutter, P.A., Tampa, for Appellees.

PER CURIAM.

Affirmed.

CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.